UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: | Case No. 18-00467-swd |
| KING ROBERTSON, JR., | Chapter 13 |
| Debtor(s). | Honorable Scott W. Dales |
| _____/ | |

## NOTICE OF STATE OF MICHIGAN UNFILED TAX RETURNS

Debtor(s) has failed to file a tax return for Individual Income taxes for tax period(s) 2013-2016 as required by 11 USC 1308. Failure to file tax returns may result in the Michigan Department of Treasury either objecting to the Debtor's Plan or filing a Motion to either Convert or Dismiss the case.

**I.   IF YOU ARE REQUIRED TO FILE:**

Signed tax returns should be submitted to:

> Michigan Department of Attorney General
> Revenue & Collections Division
> P.O. Box 30754
> Lansing, MI  48909
> Attn:  Michael  S.  Hill

Attach any required copies of Federal Schedules, 1099's, and W-2's. If you have already filed the required return(s), submit a copy to the above-listed address. For questions, call (517) 373-3203.

**II.   IF YOU BELIEVE YOU ARE NOT REQUIRED TO FILE**

Submit an AFFIDAVIT, signed <u>under penalty of perjury</u>, notarized and dated, stating the reasons why you are not required to file the returns.  In the Affidavit, list income from all sources, both taxable and non-taxable, for each year.  If you were required to file a federal tax return, submit a copy of your federal return with the Affidavit.  Send the information to the above-listed address.

**III.   IF YOU NEED ADDITIONAL INFORMATION TO FILE YOUR RETURNS**

W-2 or 1099--Contact your EMPLOYER(S)

IF NOT RECEIVED, CONTACT THE IRS AT 313-237-0800 or 800-829-1040

IRS WEBSITE:  www.irs.gov


Respectfully submitted,

BILL SCHUETTE
Attorney General


*/s/ Michael  S. Hill*
Michael  S. Hill  (P73084)
Assistant Attorney General
P.O. Box 30754
Lansing, MI  48909
Telephone:  (517) 373-3203
E-mail: hillm19@michigan.gov

Dated:  March 16, 2018