FORM LTR13CMP (12/15)

# United States Bankruptcy Court
Western District of Michigan
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

December 9, 2022

In Re:   King Robertson, Jr
         Case No.:  18−00467−jtg

Dear King Robertson, Jr:

   The record of this court reflects that you have a chapter 13 proceeding which is currently pending before the Hon. John T. Gregg . It furthers appears that the chapter 13 trustee assigned to your case had previously filed a Report of Plan Completion certifying that all payments pursuant to your confirmed plan have been made and requesting that the court issue a discharge of your debts pursuant to § 1328. Subject to limited exceptions, in order to receive a discharge under chapter 13, each debtor must complete an instructional course in personal financial management and file with the court Official Form 423 (*or* the Certificate of Completion of Course in Personal Financial Management), and a Certificate Regarding Domestic Support Obligations.

   As of today's date, neither one, nor both of the documents referenced below have been filed with the Court. If your records reflect that you have already filed the document(s) checked below with the court, then please contact us at (616) 456−2693, so that our records can be corrected.

   ☑ Certificate of Completion of Course in Personal Financial Management *or* Official Form 423.

   ☑ Certificate Regarding Domestic Support Obligations.

   Please be further advised that failure to file the required documents within 30 days of the date of this letter, will result in your case being closed without entry of a discharge and without further notice or order.

                                        Sincerely,

                                        /S/_____
                                        K. Parent
                                        Deputy Clerk

Page left intentionally blank