UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:                                                          Case No. GL 18-00467-jtg

KING ROBERTSON, JR.,                                            Chapter 13

        Debtor.                                              Hon. John T. Gregg

_____/

## ORDER GRANTING IN PART, AND DENYING IN PART, MOTION TO REOPEN CASE

This matter comes before the court on a letter [Dkt. No. 72] (the "Motion"), which the court interprets as a motion, from King Robertson, Jr., the debtor in this case (the "Debtor"). In the Motion, the Debtor requests that the court (i) reopen his case pursuant to 11 U.S.C. § 350(b) to allow the Debtor to file certain documents under 11 U.S.C. § 1328(a), a prerequisite to the entry of a discharge under 11 U.S.C. § 524, and (ii) waive the reopening fee of $235.00 required under 28 U.S.C. § 1930, as supplemented by the Bankruptcy Court Miscellaneous Fee Schedule.

Upon receipt of the Motion, the court promptly scheduled it for hearing [Dkt. No. 73] and served it on parties in interest [Dkt. No. 74]. No parties in interest timely filed an objection or otherwise responded to the Motion.

On May 23, 2023, this court held a hearing regarding the Motion at which the Debtor appeared *pro se* and Barbara P. Foley appeared in her capacity as the chapter 13 trustee. For the reasons set forth on the record, the court decided to grant the Motion as it pertains to the reopening of this case but deny it with respect to the request for a waiver of the reopening fee.

IT IS HEREBY ORDERED THAT:

1. The Motion is granted in part, and denied in part.

2. The Debtor's case is reopened for the sole purpose of filing the documents.

3. The Debtor shall pay the reopening fee of $235.00 to the Clerk by no later than June 15, 2023.

4. Upon receipt of the reopening fee, the Clerk may promptly issue the Debtor a discharge and close the case.

5. In the event that the Debtor fails to timely pay the reopening fee, the Clerk shall close the case without granting a discharge and without further notice or a hearing.

    IT IS FURTHER ORDERED THAT the Clerk shall serve a copy of this Order pursuant to Fed. R. Bankr. P. 9022 and LBR 5005-4 upon the Debtor, Barbara P. Foley, Esq., the United States Trustee and the creditor matrix in this case.

[END OF ORDER]

**Signed: May 24, 2023**




John T. Gregg
United States Bankruptcy Judge